Rachel E. Kaufman (Cal. Bar No. 259353)
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEALTH HARBOR FINANCIAL INSURANCE SOLUTIONS,<br><br>Defendant. | Case No. 5:21-cv-01487-JGB-SHK<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

Plaintiff John Bryant hereby notifies the Court of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: November 2, 2021

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*

1

Plaintiff's Notice of Dismissal
*Bryant v. Wealth Harbor*